Krista Hart
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant
Laura Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. Cr.S. 08-561 EJG |
| Plaintiff, | STIPULATION AND ORDER FOR PRE-PLEA PRESENTENCE INVESTIGATION REPORT FOR LAURA GARCIA |
| v. | |
| LAURA GARCIA, | |
| Defendant. | |

Defendant Laura Garcia, by and through appointed counsel, Krista Hart, and the United States of America (government), by and through Assistant United States Attorney Jill M. Thomas, stipulate that a Pre-Plea Presentence Investigation Report be prepared by the Probation Department in order to assist in the resolution of this case short of trial. Probation has informed counsel that an order from the Court is required to institute the Pre-Plea investigation and that six (6) weeks are needed for the preparation of the report.

It is respectfully requested that the Court order that Probation prepare a Pre-Plea Report and provide copies to the Defendant and to the Government as soon as it is available.

1

Respectfully submitted,

DATED: February 12, 2010          */s/ Krista Hart*
Attorney for Laura Garcia

DATED: February 12, 2010          BENJAMIN WAGNER
United States Attorney

         */s/ Jill Thomas*
Assistant U.S. Attorney

## **ORDER**

The United States Probation Officer is ordered to prepare a pre-plea presentence investigation concerning defendant Laura Garcia and is further ordered to provide copies of the report to counsel for defendant and counsel for the government.

DATED: February 12, 2010

         /s/ Edward J. Garcia
The Honorable Edward J. Garcia
United States District Court

2