Krista Hart
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant
Laura Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. Cr.S. 08-561 EJG |
| Plaintiff, | STIPULATION AND ORDER TO RESET STATUS CONFERENCE |
| v. | |
| LAURA GARCIA, | |
| Defendant. | |

Defendant Laura Garcia, by and through appointed counsel, Krista Hart, and the United States of America (government), by and through Assistant United States Attorney Jill M. Thomas, stipulate and agree that the status conference currently set for July 23, 2010, should be vacated and reset to July 30, 2010, at 10:00 a.m. for a change of plea hearing.

The parties stipulate and agree the time from July 23, 2010, up to and including July 30, 2010, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant

1

1  may have reasonable time necessary for effective preparation, taking into account
2  the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).
3       The parties have been in active negotiations in an attempt to resolve the
4  case short of going to trial.  It appears the parties have reached a resolution and it
5  is anticipated that Ms. Garcia will plead guilty on July 30, 2010.
6       Respectfully submitted,

8  DATED: July 22, 2010              /s/ Krista Hart
                                     Attorney for Laura Garcia

10 DATED: July 22, 2010              BENJAMIN WAGNER
                                     United States Attorney

12                                    /s/ Jill Thomas
                                     Assistant U.S. Attorney

### ORDER

15     Good cause appearing, the status conference currently set for July 23, 2010,
16 is vacated and the matter is set for a Change of Plea Hearing on July 30, 2010, at
17 10:00 a.m.  The time between July 23, 2010, and July 30, 2010, is excluded from
18 computing the time within which the trial of the above criminal prosecution must
19 commence for purposes of the Speedy Trial Act.
20 DATED:  July 21, 2010

                                     /s/ Edward J. Garcia
                                     The Honorable Edward J. Garcia
                                     United States District Court